1

Name: JASON SCOTT HUKILL

2

Address: 2269 HAMNER AVE

3

NORCO, CA 92860

4

Phone: 951-303-4808

5

Fax: 951-737-7902

6

In Pro Per

7

8 **UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

9

10 JASON SCOTT HUKILL

CASE NUMBER:

11 Plaintiff

**ED CV17-02448 JGB (SPx)**

12 v.

13 JAMES T WARREN, KENNETH BLACK, PRIVATE DISPUTE
RESOLUITION, JAMES T NEAVITT, CHANDRA MOSS,
STEVEN DONNELL, KAREN ROHAN-HUKILL, TERRY
BROCK, KUBA JEWGIENIEW, REALTY ONE, DAVID

14 BLUMENTHAL, JACK ZUCKERMAN, GURSEY SCHNEIDER,
DOES 1-100

15 Defendant(s).

16 *SEE ATTACHED*

17

18

19

20

21

22

23

24

25

26

27

28

FEE PAID

2017 DEC -6 AM 10:38
CLERK U.S. DISTRICT COURT
CENTRAL DIST OF CALIF.
RIVERSIDE
BY

FILED

CV-127 (09/09)        **PLEADING PAGE FOR A SUBSEQUENT DOCUMENT**

**JASON SCOTT HUKILL**

2269 Hamner Ave, Norco, CA  92860    951.303.4808 scotthukill@gmail.com

**To:**

Federal Bureau of Investigation
3480 Vine St  #200
Riverside, CA  92507

US Dep't of Justice
950 Pennsylvania Ave NW
Washington, DC  20530-0001

United States District Court
Central District of CA
3470 Twelfth St
Riverside, CA  92501-3801

Office of the U.S. Trustee
ATTN: Office of Criminal Enforcement
George C. Young Federal Building and Courthouse
400 W. Washington St  #100
Orlando, FL  32801

CA Attorney General's Office
CA Department of Justice
Box 944255
Sacramento, CA  94244-2550

Commission on Judicial Performance
455 Golden State Ave #14400
San Francisco, CA  94102

Hon. R Glenn Yabuno
San Bernardino Superior Court
247 W. Third St San Bernardino, CA 92415

1

1   Chief Justice Tani Cantil-Sakayue
2   Supreme Court of California
3   350 McAllister St
4   San Francisco, CA  94102-4797
5
6   Riverside County Grand Jury
7   Box 829
8   Riverside, CA  92502
9
10   Riverside District Attorney's Office
11   3960 Orange St #500
12   Riverside, CA  92501
13
14   California State Bar
15   Office of Chief Trial Counsel / Intake Dept
16   845 South Figeuroa St
17   Los Angeles, CA  90017-2515
18
19   California Board of Accountancy   -   Enforcement
20   2450 Venture Oaks Way  #300
21   Sacramento, CA  95833-3291
22
23   Bureau of Real Estate
24   Complaint Intake Unit
25   320 W. 4th St  #350
26   Los Angeles, CA  90013-1105
27
28   San Francisco Chronicle – iteam@sfchronicle.com
29   Orange County Register
30   Press Enterprise
31   Los Angeles Times
32
33   *//////////*
34
35
36

1  **Please take notice of the following request for assistance in pursuit of**
2  **Federal, judicial, civil and punitive prosecution and other remedies**
3  **against  Judge James T. Warren,   Judge Kenneth A. Black and Private**
4  **Dispute Resolution, Attorney James T. Neavitt, Attorney Chandra Moss,**
5  **Attorney Sherrie Davidson, Receiver Steven Donnell,  paralegal Karen D.**
6  **Rohan-Hukill,  Realtors Terry Brock and Broker Kuba Jewgieniew of**
7  **Realty One-Corona, CA, CPA's David Blumenthal and Gursey Schneider**
8  **LLP, and CPA Jack Zuckerman, and additional attorneys and court**
9  **officers and doe's 1-100 associated with  case #SWD1300287 (herein**
10 **after referred to individually and collectively as 'court officers') in re:**
11 **Family Law Case # SWD1300287 :**
12  **Karen D. Rohan-Hukill   vs   Jason Scott Hukill**
13
14 I, Jason Scott Hukill, respectfully seek and pray for an Investigation, Formal
15 Proceedings and the removal of Judge James T. Warren, judge of Hemet CA
16 Family Law Dep't H-2 from the bench. Furthermore, I seek criminal charges
17 and restitution for his and the listed court officers and associates regarding
18 coordinated felonious conduct under color of judicial authority for malicious
19 prosecution, obstruction of justice, fraud upon the court, collusion, perjury,
20 terrorizing, and deprivation of rights and civil liberties guaranteed under the
21 constitution and the Bill of Rights, Federal and State Rules of the Court, and
22 Judicial Canons. Judge Warren colluded with other court officers, attorneys,
23 realtors, CPA's and others in violation of Judicial Canons and ethics, and
24 violated my civil rights in hearings, pleadings, and bench orders while I
25 appeared in his court (Kalb v. Luce, 291 N.W. 841- collusion outside
26 jurisdiction and duties of office and law, collusion and violation of civil rights
27 outside jurisdiction, depravation of property and civil rights). **Title 18, U.S.C.**
28 **Section 241 & 242** states "it is a crime for any person acting under color of
29 any law to willfully deprive a person of a privilege or right protected by the
30 Constitution or laws of the United States…". Title 18, U.S.C. #4 states
31 "…whoever, having knowledge of the commission of a felony cognizable by a
32 court but conceals and does not as soon as possible make known the same to
33 some judge or other person in civil or military authority shall be fined or
34 imprisoned…". I seek prosecution of the court officers and restitution for my
35 illegally seized property, assets, and for my time of incarceration under all
36 applicable laws including Marsy's Law, Calif. Const. Art. I, sec. 28 incl (a)(2),

(a)(3) and (4) &          sec. 7(a);  & Art. 1, sec.28 (e); Penal Code sec 679-
680. Also conspiracy to obstruct justice, Penal Code 182, et al. and other
crimes. Judge Warren, in coordination and collusion with the court officers,
upheld illegality in his court. In Oberholzer v. Calif. Judicial Performance
Commission (1999) 20 Cal.4th 371, 396, the Calif. Supreme Court stated:
"Action that is legally erroneous nevertheless can constitute misconduct if it
clearly and convincingly reflects "bad faith, bias, abuse of authority, disregard
for fundamental rights, intentional disregard of the law or any other purpose
other than the faithful discharge of judicial duty, and is subject to an
investigation." A fraud upon the court may be granted when there is clear and
convincing evidence that the parties listed above acted with intent to deceive
or defraud. Here, the evidence is clear and convincing. Judge Warren's
conduct violates the law.  A former judge, upon becoming a convicted felon,
can lose their state pension. Judge Warren's conduct shows clear and
convincing evidence of not only judge misconduct, but also of judge crimes.
Cal.Const. Art. I, sec. 7(a) states that a person may not be deprived of life,
liberty, or property without due process of law. I did not receive due process
within the court of Judge Warren.

Additionally, I seek RICO prosecution under 18 USC 1961(3), 1962(c),1964(c)
for Judge James T. Warren, Judge Kenneth A. Black and Private Dispute
Resolution,  Attorney James T. Neavitt, Attorney Chandra Moss, Attorney
Sherrie Davidson, Receiver Steven Donnell,  paralegal Karen D. Rohan-
Hukill,  Realtors Terry Brock and Broker Kuba Jewgieniew of Realty One-
Corona, CA, CPA's David Blumenthal and Gursey Schneider LLP, and CPA
Jack Zuckerman, and additional attorneys and court officers and doe's 1-100,
for willful conduct regarding perjury, obstruction of justice and coordinated
violations of my civil rights, liberties and amendments under color of authority
and in violation of judicial canons and professional codes of ethics, attorney
code of conduct and ethics, and for violations of my civil rights and
constitutional amendments outside jurisdictional capacity per Title 18, U.S.C.,
Section 241 & 242 to remove me from my property, income and possessions
to enrich themselves by converting my property, income and possessions into
their own property, income and possessions.
**RICO further applies in this matter:** Judge Warren and Judge Black could
not have made orders for the financial benefit of the court officers without the

1   court officers cooperation to ignore professional codes of conduct and ethics
2   in order to provide the Judges false and perjured documents, testimony,
3   motions, stipulations and Orders After Hearings, and the court officers could
4   not prevail without the cooperation of Judge Warren and Judge Black ignoring
5   judicial canons, rules of the court and collateral estoppel rules, and granting
6   motions, judgements, stipulations and Orders that were known by the judges
7   to be in violation of rules of the court and judicial canons, and based on false,
8   perjured and or incomplete documents, evidence, and testimony for the
9   financial benefit of the court officers. A formal investigation and prosecution is
10   warranted under the RICO statute of Judge James T. Warren, Judge Kenneth
11   Black, and the court officers including attorney James T Neavitt, Steven
12   Donnell, Karen Rohan-Hukill, Realtors, Attorneys, and CPA's and doe's 1-100
13   for their coordinated criminal behavior in obstructing justice, witness
14   tampering, manipulating pre-trial evidence, terrorizing and coordinated
15   collusion under the protection of judicial immunity provided by Judge James T
16   Warren and Judge Kenneth Black. I further seek restitution for my illegally
17   seized assets and for my time of incarceration, as allowed under the RICO
18   statute. Corrupt Judges are not insulated from prosecution for criminal
19   behavior and cannot be allowed to continue to be exposed to the public in a
20   judicial capacity.

21   *//////*

1
2                          **COMPLAINT :**
3
4   Karen Rohan, Karen D. Rohan, Karen Rohan-Martin and Karen Rohan-Hukill
5   are all identities used by same person as identified by SSN #565-39-XXXX.
6   Karen Rohan-Martin filed a divorce action 9/15/1997 against her spouse
7   Michael Martin - San Benito CA case #22216. **(EX: 1)** The divorce was
8   granted.
9   In May of 2000, Michael Martin ceased making support payments to Karen
10  Rohan-Martin in violation of court orders. Michael Martin claimed Rohan-
11  Martin had married Jason Scott Hukill, thus terminating spousal support
12  obligations.
13  Karen Rohan-Martin denies a marriage to Jason Scott Hukill took place.
14  Karen Rohan-Martin and Michael Martin returned to court 5/30/2000 to plead
15  their positions.
16  During this time and event(s), Karen Rohan-Martin was employed as the
17  senior family law litigation paralegal by high profile divorce attorney Michael
18  Kelly, proving her to be extraordinarily experienced paralegal possessing a
19  vast knowledge of family law. Simultaneously, Rohan-Martin also worked part
20  time for attorney James T Neavitt.
21  Karen Rohan-Martin and her two Certified Family Law attorneys pled to the
22  San Benito court – with points and authorities – that Karen Rohan-Martin was
23  NOT legally married to Jason Scott Hukill, or re-married at all to anyone **(EX:**
24  **2, 2A, 2B).**
25  Karen Rohan-Martin prevailed in her position of not being the spouse of Jason
26  Scott Hukill, reaffirming Michael Martin's spousal support obligations must
27  continue.
28  Karen Rohan-(Martin) Hukill filed Chapter 7 Bankruptcy in 2010.
29  **Bankruptcy Case # 6:10-bk-48401-MJ** . In 2011 the case file was signed and
30  closed **(EX: 3).**
31  Karen Rohan-Hukill's Bankruptcy Schedules constitute Judicial Admissions.
32  Karen Rohan-Hukill filed a divorce action against Jason Scott Hukill in 2013
33  **(EX: 4).**
34  The matter was heard as SWD1300287 in Judge James T Warren's court.
35  Karen Rohan-Hukill claimed, under penalty of perjury in Judge Warren's court,
36  ownership of multiple assets as part of the family law divorce action opposite
37  and contrary to her testimony in Federal Bankruptcy Court, and opposite her

bankruptcy schedules and signature under penalty of perjury stating and confirming she had no ownership of or involvement in **(EX: 4A, 4B, 4C).** Judge James T. Warren and Judge Kenneth Black allowed Karen Rohan-Hukill and her attorneys and experts to continually claim facts to Family Law Court case SWD1300287 that are opposite and contrary to both her Bankruptcy filing and the testimony of Rohan-Hukill and her experts San Benito family law testimony, and prevail by awarding my separate property income and assets to Rohan-Hukill. Furthermore, Judge Warren intentionally and willfully ignored my pleadings throughout 4 years of this family law case that Rohan-Hukill should be estopped from claiming a marriage to and claiming ownership of assets belonging to Jason Scott Hukill. Only upon the depletion of his retainer did Judge Black finally order a threshold hearing be held to determine if Rohan-Hukill should be estopped, stating the hearing should be the next thing that happens and Judge Warren should hear it. Judge Warren ignored Judge Black's order for a hearing to be the next step in SWD1300287 and also his warning of "not insignificant problems" for Rohan-Hukill regarding her opposing testimonies. Instead, Judge Warren intentionally and with full knowledge allowed Rohan-Hukill and her attorneys and experts to continue their felonious conduct for another two years and ultimately prevail.

*Statements in bankruptcy schedules are executed under penalty of perjury and are eligible as and for treatment as judicial admissions. (Matter of Gervich, 8th Cir. 1978) Plaintiffs "**MUST be held to the statements made in their bankruptcy schedules**" U.S. Supreme Court. **(EX: 5)***

## Collateral Estoppel Applies

Federal and California state courts prohibit claiming opposite facts to different courts **(EX: 6)** : Karen Rohan-Hukill and her attorney James T Neavitt conspired to claim opposite facts to different courts regarding the same circumstances, and have been allowed by Judge Warren to prevail thus enriching themselves in BOTH courts. Judge Warren had taken judicial notice of these inconsistencies but willfully and unethically continued to execute his judicial duties thus corrupting the legal process and due process. Thus, all of Judge Warren's orders are void.

1 Rules of Collateral estoppel arises when the claim (cause of action) at the bar
2 has not been litigated, but the exact issue that is now before the court has
3 been raised and litigated in an earlier action or proceeding. Collateral estoppel
4 is a bit different than *res judicata*, although the rationale is the same – it is a
5 tool to prevent re-litigation of issues already litigated. See *U.S. v. Wells*, 347
6 F.3d 280, 285 (8th Cir. 2003):

7 "The collateral estoppel doctrine provides that 'when an issue of ultimate fact
8 has once been determined by a valid and final judgment, that issue cannot
9 again be litigated between the same parties in any future lawsuit.'
10 The requirements that must be satisfied before the doctrine of collateral
11 estoppel is applied are similar to those for *res judicata* since they both stand
12 for the basic principal that when a person goes to court they should only have
13 one bite at the apple and they cannot re-litigate the same issue over and over
14 again. But there are differences. First, the issues in the first and second
15 litigation must be identical and must have been before a court. Second, the
16 issue must have been actually litigated. Third, a final judgment must have
17 been rendered, ultimately deciding the issue in question.The concepts of res
18 judicata and collateral estoppel are very similar and easily confused The
19 California Supreme Court states that "collateral estoppel is a distinct aspect of
20 res judicata.  'The doctrine of res judicata gives conclusive effect to a former
21 judgment in subsequent litigation between the same parties involving the
22 same cause of action.  A prior judgment for the plaintiff results in a merger
23 and supersedes the new action by a right of action on the judgment. A prior
24 judgment for the defendant on the same cause of action is a complete bar to
25 the new action. (4 Witkin, Cal. Procedure (2d ed. 1971) Judgment, §§ 147–
26 148, pp. 3292–3293.)
27

28 **The coordinated conduct displayed by Judge James T. Warren,   Judge**
29 **Kenneth A. Black and Private Dispute Resolution,   Attorney James T.**
30 **Neavitt, Attorney Chandra Moss, Attorney Sherrie Davidson, Receiver**
31 **Steven Donnell,  paralegal Karen D. Rohan-Hukill,  Realtors Terry Brock**
32 **and Broker Kuba Jewgieniew of Realty One-Corona, CA, CPA's David**
33 **Blumenthal and Gursey Schneider, CPA Jack Zuckerman, and additional**
34 **attorneys and court officers and doe's 1-100 exceed the standard for**
35 **prosecution under the following Federal RICO statute  (EX: 7):**

A) Orchestrating the confiscation of Jason Scott Hukill's property, income and possessions under color of authority and under the protection of the Judicial, and transferring same to Karen Rohan-Hukill, James T Neavitt, Steven Donnell, Terry Brock and other court officers

B) Collection of an unlawful debt

C) Obstruction of Justice, Terrorizing

**Judge James T. Warren is responsible for facilitating the lengthy litigation of this case that allowed Judge Kenneth A. Black, Attorney James T. Neavitt, Attorney Chandra Moss, Attorney Sherrie Davidson, Receiver Steven Donnell, paralegal Karen D. Rohan-Hukill, Realtors Terry Brock and Broker Kuba Jewgieniew of Realty One-Corona, CA, CPA's David Blumenthal and Jack Zuckerman, and additional attorneys and court officers and doe's 1-100 to willfully and intentionally enrich themselves at my expense and in violation of Federal and State laws making such behavior illegal.**

Judge Warren acknowledged Karen Rohan-Hukill's bankruptcy documents **(EX: 8 – page 23, lines 11-20)** and schedules at the initial appearance re: **Rohan-Hukill v Hukill SWD1300287** in Family Law court 4/10/13, and had he followed established Rules of the Court barring opposite claims in different courts, **and** the United States Supreme Court finding that bankruptcy schedules must be upheld in other courts of law, Karen Rohan-Hukill should have been judicially estopped from claiming opposite positions in different courts. Judge Warren and Judge Black were also presented the testimony documents of Karen Rohan-Martin and TWO Family Law Certified Attorneys in regards her divorce from Michael Martin and the subsequent spousal support hearing 5/30/2000 where Karen Rohan-Martin declares under penalty of perjury that no valid marriage ever took place between Karen Rohan-Martin and Jason Scott Hukill. Based on the Bankruptcy schedules AND the testimony of Karen Rohan-Martin and TWO Certified Family Law Attorneys, this case is required to follow established court rules and procedures barring repeated litigation of claims in multiple courts and should have proceeded directly to child custody and visitation settlement issues and been resolved within a short time period. The contrary court claims and bankruptcy

1   schedules of Rohan-Hukill were repeatedly provided to Judges Warren and
2   Black (and others as listed) over the course of the case in order to negate any
3   argument of judicial oversight or judicial error. Instead, Judge Warren and
4   Judge Black chose to repeatedly ignore established Rules of the CA Court,
5   Ruling of the Supreme Court, Judicial Canons, and case precedence, and
6   conspired with and encouraged Rohan-Hukill and co-conspirators Attorney
7   James T. Neavitt, Attorney Chandra Moss, Attorney Sherrie Davidson,
8   Receiver Steven Donnell,  paralegal Karen D. Rohan-Hukill,  Realtors Terry
9   Brock and Broker Kuba Jewgieniew of Realty One-Corona, CA, CPA's David
10  Blumenthal and Jack Zuckerman, and additional attorneys and court officers
11  and doe's 1-100 to deliberately ignore Professional Rules of Conduct, court
12  orders, evidence, case precedence, and court rules and procedures in order
13  to significantly enhance their financial gain at my expense.

14  Furthermore, Judge Warren conspired with attorney James T Neavitt and
15  awarded $275,000 in additional attorney fees **(EX:9)** to Karen Rohan-Hukill at
16  the conclusion of the case. Judge Warren's explanation / justification is
17  factually inaccurate and contains gross misstatements intentionally made by
18  Judge Warren in direct contrast to case records. Judge Warren was being
19  punitive against me for filing a 170.1 motion **(EX: 9a)** to have him removed
20  from the case due to judicial bias and inappropriate judicial conduct. This fee
21  order only further shows the extent of Judge Warren's retaliation, unethical
22  execution of his judicial duties and his personal bias.  Not only is this
23  unethical, punitive and in violation of judicial canons, it also serves notice that
24  Judge Warren was NOT able to conduct a non-bias court. ALL of Judge
25  Warren's orders in this case have to be deemed void. Examples of Judge
26  Warren's statements contained in this attorney fee order and the factual
27  explanations are:

28  1) Judge Warren States: *"the extent of protracted litigation…""*. Judge
29     Warren himself is responsible for the "protracted litigation" for not using
30     established rules of the court to estoppel Karen Rohan-Hukill and her
31     attorney James T Neavitt from claiming opposite facts to different courts
32     on already litigated matters. I attempted to protect my assets from
33     unconstitutional confiscation through legal filings until a threshold trial

1  could be held. Judge Black ultimately did order a threshold issues trial
2  12/22/2014 – but only after his retainer had been exhausted (**EX: 10 –**
3  **page 30 lines 18-25 and continuing on page 31, lines 1-10**).  Judge
4  Warren denied or simply ignored my pleadings to calendar the trial
5  granted by Judge Black and my assets were confiscated through judicial
6  orders. Judge Warren granted a threshold trial only after my assets and
7  freedom were already taken. This is in its purest form tantamount to
8  putting the cart before the horse. One does not go to the Doctor with a
9  chest pain and immediately have a lung removed, there is an entire
10  procedure and protocol in place that is followed first. However, in Judge
11  Warren's family law courtroom the lung was removed FIRST. Only after
12  my assets and freedom were taken were threshold issues considered
13  by Judge Warren, and ONLY then in order to manipulate evidence for
14  threshold trial to substantiate his rulings rather than seeking justice. It
15  was too late by then as my assets were gone and my freedom taken,
16  damage was done and Judge Warren went into a mode of covering up
17  as best he could for his intentional and willful abuse of judicial duties
18  and tactics he employed against me. AND…Judge Warren ordered me
19  to pay 100% of Rohan-Hukill's attorney fees for exercising and
20  defending my rights.
21  2) "Domestic Violence Restraining Orders" : Judge Warren was given as
22    evidence an email Karen Rohan-Hukill sent me her attorney James T
23    Neavitt and copied me requesting attorney Neavitt to drop the
24    temporary restraining order **(EX: 11)** and also drop the request for a
25    permanent order. Her words to me were "this is the right thing to do".
26    Domestic violence restraining orders are so commonly used as a
27    strategy to gain the upper hand in a divorce proceeding that it actually
28    has a name – "Silver Bullet Strategy". Rohan-Hukill initially used this
29    strategy to get me barred from my own separate property home that she
30    continued to live in after temporary DVRO was initiated against me.
31    Attorney Neavitt responded by advising Rohan-Hukill to keep it in place
32    as it was an extremely valuable bargaining chip for her side. Throughout
33    the case, Rohan-Hukill did continue to use it to barter with me for
34    money, visits with my daughter, property and even attempted to barter it
35    for an American Express credit card. When I refused to accept a 5 year
36    non-clets restraining order as part of a negotiation, Rohan-Hukill and

11

her attorney implemented multiple strategies to try to coerce me into violating the temporary DVRO orders. These included :

a) Inviting me to lunch so I could see my daughter, whereby I would be arrested for violating the DVRO.
b) Parking one of my vehicles just outside the fence of my home she was living in and then calling me to tell me it was parked there but to hurry and come to get it as she had called a tow company to impound it.
c) Approaching me in a parking lot and asking me to get into her car with her to take our daughter to a Doctor appointment
d) Inviting me to the library to sit down together to discuss our case.
e) Attorney Neavitt filing his own restraining order against me for my corporation sending him certified letters demanding the return of a company asset he illegally removed from my property, then baiting me repeatedly to meet with him to discuss the issue of my asset.

Karen Rohan-Hukill received TWO trials regarding me allegedly violating temporary DVRO's. First, she filed an emergency hearing in June, 2014 **- 3 months after the alleged incident-** claiming I had attempted to run her over with my car in March, 2014 during a monitored custody exchange. This accusation resulted in a trial in Judge Warren's courtroom on the issue. The monitor testified that no action like that had EVER taken place in her presence. I was **found not guilty** and the charges were dismissed. This was simply a retaliation trial for Rohan-Hukill being denied by me to have custody of our daughter during my visitation period. Rohan-Hukill threatened me "I'll get even with you for this", and trying to have a permanent restraining order issued against me was her judicial weapon of choice. Judge Warren was made aware of all the events above through declarative and live testimony and exhibits. Karen Rohan-Hukill also filed for and received a trial regarding another accusation I had again violated the temporary DVRO, claiming I came too close to the home while my son and his helpers were recovering a partial list of items Rohan-Hukill had agreed to return to me. This also was a staged event to entrap me. Rohan-Hukill advised me she had parked an automobile of mine outside the property gate the day before the scheduled property move and the keys were in it. I was to hurry and come before the tow company she called got

there and hauled it to impound. I went to retrieve the automobile only to discover that not only were the keys not in the vehicle, but there were a group of people with video cameras hidden inside the property recording me as I tried to recover my vehicle. I had a witness with me and no communication or other exchange took place at that time. Rohan-Hukill received a trial for this whereby it was not established that I had violated the temporary DVRO orders. During a break in the trial we negotiated a dismissal of the charges. This made it TWO trials that Rohan-Hukill received just on temporary restraining orders alone by falsely claiming to the court I had violated DVRO's. Although the trial was not completed and I had not testified, Judge Warren told both attorneys he had already determined I was guilty and had planned to sentence me accordingly. Karen Rohan-Hukill's repeated litigious conduct continued throughout the case. Her conduct of judicial abuse of the system was 100% condoned by Judge Warren. Despite this, Judge Warren accused me of being litigious...for defending myself against false prosecution in a corrupt court.

3) Judge Warren's claim of " ...finding the Respondent in contempt..." as also contributing to his $275,000 attorney fee award to Rohan-Hukill. Judge Warren was referring to enforcing a previous $100,000 attorney fee order I had no ability to pay, and therefore prosecuted for contempt for non-payment. My inability to pay the order was CLEARLY evident to Judge Warren when Karen Rohan-Hukill and her attorney James T Neavitt attempted to seize property I did not have access or the right to lien or sell. I provided truthful FL-150's and provided tax returns with 1099's and W-2's to prove I did not make the kind of money claimed by Rohan-Hukill, attorney Neavitt and CPA Jack Zuckerman. Further, Judge Black acknowledged on transcript it was improbable that I had the income that Rohan-Hukill and her attorney and experts claimed. Judge Warren was forcing me to pay for a court order issued by Judge Black that, although he did not rescind the order, Judge Black stated to all parties that it was both a modifiable and a retroactive order and Judge Black further stated he put the order on hold and refused to hear contempt charges on the order until a threshold trial could be heard in Judge Warren's court. Judge Warren, however, ignored Judge Black's orders for a Threshold Trial and continued to allow Rohan-Hukill and her

1  attorney and experts to feloniously operate under his judicial umbrella
2  despite his knowledge that Rohan-Hukill should be estopped from her
3  claims. When Judge Warren recognized I did not have the personal
4  funds to pay the order, he ordered me to sell assets from my
5  corporation to pay the order….well before he enjoined my corporation
6  9/24/15. This left me in an EXTREMELY difficult position in that Judge
7  Warren, Judge Black, Karen Rohan-Hukill and attorney James T Neavitt
8  all stated Rohan-Hukill was a 50% owner **(EX: 12**- pg 4, #7,_ **12A-** pg
9  **15 #7, 12-B pg 39 #25 cont. pg 40, lines1-2, 12C-** pg 6, lines 17-19,
10  **12D- pg 1 lines 1-10)** of my corporation, in contrast to her Bankruptcy
11  schedules. Due to perjured claims of ownership, Judge Warren knew I
12  would have to sell $200,000 worth of business assets out of a
13  corporation that was not enjoined until 9/1/15 (well after this date) to
14  pay the $100,000 order. The business needed these assets to continue
15  to stay open, this order would have caused immediate closure of the
16  business. There was nothing judicial about this enforcement order.
17  Judge Warren made this order out of personal bias and spite in an
18  unethical attempt to financially ruin me and my business. Judge Warren
19  also was made aware through declarations and verbal testimony of
20  many disputed contempt charges for actions such as Rohan-Hukill and
21  her attorney sending multiple overly burdensome  discovery demands of
22  over 150 items each requiring in-depth research to answer, only to have
23  the discovery responses 100% rejected by them without reasonable
24  explanation. Then they would issue another set of discovery demands
25  with 5 out of 150 requests being new but the rest of the demands were
26  simply rearranged and slightly reworded to appear different and require
27  more in-depth research. One COMPLETE set of financial discovery that
28  ultimately caused me to be held in contempt was for financial
29  documents that were being held at my former home office…the home
30  Rohan-Hukill occupied and I was restrained from coming within 100 feet
31  of. I repeatedly requested my business records and corporate stamps
32  etc be returned but the court continually declined to order Rohan-Hukill
33  to turn them over. This particular discovery demanded copies of the
34  front and back of checks drawn on banks that had been seized by the
35  FDIC and had been closed or taken over by other banks. Hours and
36  hours of research went in to complying with this discovery at the

expense of $100 per hour for bank personnel to search for the
documents plus $30 per copy for each check. It was not possible to
provide everything as some records were simply no longer available.
Rohan-Hukill was advised we provided what we could. My response to
the demands was categorically rejected by attorney Neavitt and Rohan-
Hukill. After the deadline for production had passed and Rohan-Hukill
and her attorney had filed additional contempt's against me for this,
Rohan-Hukill took it upon herself to return a horse trailer to me. Inside
the horse trailer contained the entirety of the financial documents she
requested and had filed contempt against me for non-compliance. This
included the negotiated checks and bank records, payroll records and
other financial documents. Rohan-Hukill's discovery demand for
financial documents had actually been written around and corresponded
to the placement of the financial file boxes into the horse trailer. I
provided pictures and explanation to Judge Warren with a request to
dismiss the contempt based on Rohan-Hukill's fraudulent behavior, it
was denied. This is more of multiple abuses of the court perpetrated by
Rohan-Hukill and her attorney that Judge Warren's orders demand I pay
for.

4) Judge Warren further states in the order: "attorney James T Neavitt
factually lays out the necessary expenditures in properly presenting his
position before this court". Again, Judge Warren is being untruthful and
is overlooking the true and significant FACTS of the case...if Judge
Warren had followed rules of the court and established estoppel for the
bankruptcy schedules as well as the San Benito court action then none
of us would have had to endure four years of Karen Rohan-Hukill and
her attorney James T Neavitt and their officers and court experts
perjured documents and testimony. I am being punished by Judge
Warren for LEGALLY defending my property, assets, my rights and
freedoms allowed by the Constitution. Judge Warren himself on
transcript repeatedly admonishes Rohan-Hukill for overwhelming the
court with paper in the form of motions, emergency hearings etc. and
further states he did not read all the documents filed in the case **(EX-13,
pg 2 #10-11, 13A pg 6 #15-17, pg 7 #14,15,27; 13B pg 1  lines 17-19)**.
Karen Rohan-Hukill, in running and managing her own case, used a

strategy of overwhelming my counsel with paperwork, discovery, and demands for production of documents. My first attorney, Brent Grider, had to substitute out after 9 months as he did not have the staff to keep up with Rohan-Hukill's paper assault (**13C** – **pg 31 line 28 page 32 all and page 33 lines 1-19, 13D: page 6 lines 2-23, 13E)**. Rohan-Hukill was running her own case and was remotely accessing attorney James T Neavitt's business computer system **(13F)** and posting billing for work she performed as work attorney Neavitt performed. Rohan-Hukill was managing her own case using her own labor and expertise as a now 25+ year experienced family law litigation paralegal versus me who was being billed thousands of dollars per month in attorney fees responding to Rohan-Hukill's self-generated paper war. Further proof of Rohan-Hukill running her own case rests in the email trails…her attorney James T Neavitt used email jtnlaw@aol.com, and Karen Rohan-Hukill used email jtnlaw01@aol.com to communicate to my attorney and other court experts and officers impersonating attorney James T Neavitt. A computer IP address search firm confirmed this behavior stating in part "…the computer generating this communication was most likely located in the area of Perris, Riverside county, CA…". This describes where Rohan-Hukill was living. Attorney James T Neavitt's office and home are located in the far north region of Los Angeles County. Karen Rohan-Hukill stated whenever she was upset with me she would generate a motion, discovery or other paperwork needing a response and send it to my attorney "so I can spend more of Scott's money". My counsel also proved beyond a doubt of this behavior by having an expert compare email writing styles. My counsel would reply to jtnlaw01@aol.com, but when telephonically questioned about email content and substance of jtnlaw01@aol.com, attorney Neavitt was unaware of active conversations being held via that address.  My counsel further observed that although jtnlaw@aol.com was a slower response time, the response was most assuredly from attorney Neavitt. When confronted with these facts, attorney Neavitt would neither confirm nor deny that Rohan-Hukill was the user of jtnlaw01@aol.com, only stating that some of his staff accessed and used the 01 account.

**Highlights of Judge James T Warren's bias conduct and Judicial Malfeasance:**

Judge Warren and Judge Black facilitated seizing my home from me and transferring ownership of it to petitioner **(EX: 14)**. Judge Warren denied my motion for an emergency hearing where I could again provide proof via petitioner bankruptcy documents and schedules that my home and $180k equity was indeed my separate property **(EX: 14A).** Instead, Judge Warren intentionally calendared the hearing weeks past the date of my home being sold by petitioner, and BEFORE a threshold trial could be held.

Judge Warren accused me of being litigious and stalling **(EX: 15 – pg 31 lines 9-17)** . This statement is factually untrue. A review of the court's record of activity regarding case SWD1300287 reveals that Karen Rohan-Hukill and her attorney _**filed aprox 255 separate court filings and approximately 5100 pages**_ – almost _DOUBLE of that filed by Jason Scott Hukill's aprox 152 filings and approximately 2600 pages of mostly responses_ **(EX: 15A)**. Additionally, Rohan-Hukill received 3 separate trials (2 DVRO and 1 contempt) compared to my single partial trial (on threshold issues). **Exhibit 15-B,** the entire transcript shows the lack of organization and understanding of how Judge Warren was handling and managing this case. Judge Warren punitively ordered me to pay petitioner an additional $275,000 for her attorney fees for defending my property rights. Per her bankruptcy schedules and her San Benito court testimony, Karen Rohan-Hukill came into this case with ZERO community assets and zero claims to the separate property of Jason Scott Hukill. Rohan-Hukill started this court proceeding fraudulently and with nothing – and nothing to lose - but through the help and cooperation of Judge Warren, Judge Black, attorney James T Neavitt and all other co-conspirators listed she was criminally able to significantly increase her asset worth to over $1.5 million dollars, _and I was ordered to fund this crime against me._ The court of James T Warren executed an illegal transfer of assets and wealth from me to Rohan-Hukill in an amount exceeding $1.5 million dollars...and to add further to this injury _I was ordered to pay for petitioner and her attorney's fraud perpetrated in Judge Warren's courtroom and with Judge Warren's_

1  *knowledge and cooperation and participation with the judicial officers.* **This is**
2  **criminal RICO activity.**

3  Judge Warren repeatedly accepted perjured verbal and written statements
4  and testimony given to the court by opposing Counsel James T Neavitt and
5  Karen Rohan-Hukill, and dismissed proof of the perjury without consideration
6  **(EX: 16 entirety, and EX: 16A entirety, 16B summary and transcript)**. This
7  included perjured declarations, and Order After Hearing's prepared by
8  opposing counsel that were opposite of court transcripts and court orders.
9  When this was repeatedly pointed out to Judge Warren he aggressively
10 defended opposing counsel's fraud upon the court. No admonishment of
11 opposing counsel was ever administered for their repeated
12 misrepresentations while preparing OAH's, or their sworn declarations when
13 proven to be perjured.

14 Judge Warren verbally mocked, demeaned, and humiliated me regarding my
15 diagnosed PTSD medical condition as a result of being incarcerated by him
16 **(EX: 17 – pg 5 lines 26-28 and page 6 lines 1-10)**. I suffer intensified PTSD
17 symptoms whenever I have to appear in his court as a result of fear and
18 intimidation for continued terrorizing and threats of further and additional
19 incarceration **(EX: 17A)**.  .

20 Judge Warren verbalized to both counsel of his intentions to order a 5 year
21 restraining order against me without the benefit of hearing complete testimony
22 and evidence. He advised the attorneys of his intention to find me guilty
23 **before completion of a trial.** This is not an isolated incident. Judge Warren
24 was guilty of pre-judging throughout the 4 years of this case as can be read in
25 transcripts. Judge Warren repeatedly made prejudicial statements against me
26 regarding issues that had not yet been heard in his court. Judge Warren's
27 statements prove his intentional bench coaching and participation of Rohan-
28 Hukill and her attorney and experts in order to further harm me.

29 Judge Warren ordered me into custody for 50 days…before a threshold trial
30 could be held that would have brought forth facts supporting Rohan-Hukill's
31 fraud perpetrated upon the court through her bankruptcy schedules and San

1   Benito divorce action **(EX 18 pages 2-5)**. This is completely contrary to his
2   statement **(EX: 18A, pg 23 #11-13)** made 4/10/2013 where he states he still
3   needs to make a determination on whether assets are separate or community.
4   Judge Warren had not made that determination when ordering me into
5   custody 5/22/15. Judge Warren's statement on **Exhibit 18B page 2, line 18-**
6   **22, and page 19, line 11 and thru page 20 line 15** shows not only his
7   confusion as to what has transpired and what he has ruled on, it further shows
8   Judge Warren's predetermination to rule against me before any threshold trial
9   could take place. Judge Warren then covered his behavior by manipulating
10  and disallowing pre-trial evidence that would prove to his court or the
11  Appellate Court he had wrongfully incarcerated me and took my home from
12  me in violation of my civil rights. On March 22, 2016, Judge Warren denies
13  being made aware through pleadings and previous judicial notice of Rohan-
14  Hukill's San Benito family law case pleadings and suggests my attorney go to
15  the court of appeals if he does not like the ruling. **(EX: 19 pages 11-14)**.
16  Judge Warren took judicial notice for the second time 4/6/2016 of Karen-
17  Rohan-Martin's entire San Benito case file **(EX: 19A)** including her declaration
18  testimony as well as that of her attorneys where they separately testified
19  under oath and penalty of perjury – and with points and authorities - Karen
20  Rohan-Hukill was not legally married to Jason Scott Hukill (me). The April 13,
21  2016 transcript further shows Judge Warren manipulating trial evidence to
22  cover his punitive rulings against me including incarceration and taking my
23  home (**Exhibit 19B** page 9 line 19 and going thru page 26 line 13 ).

24  Judge Warren ordered a receiver placed in my business based solely on
25  opposing counsel's verbal testimony that I was not providing monthly business
26  financial records **(EX: 20 -  pg 24 line 15 thru page 31 line 19)**. As Judge
27  Warren was making this order, his elbow was resting on a file on his desk that
28  contained my declaration and that of my attorney showing exhibit proof that I
29  had been complying with the order to turn over financial documents for well
30  over a year. The file included monthly email and certified mail receipts as
31  proof of business financial records sent to all attorneys and financial experts.
32  Judge Warren never opened the file or read my responsive declaration in
33  response to opposing counsel's repeated oral statements that I was not in
34  compliance turning over financial documents. At that time, my company had
35  yet to be enjoined **(EX: 20A).** Additionally, **EX 20B** page 4, lines 7-8 and page

7, line 15 again show Judge Warren has already made up his mind that despite Rohan-Hukill's bankruptcy schedules and her San Benito testimony, my company and assets belong to her.... **before a threshold trial can be held.** Judge Warren continually refers to family law code and corporations codes that do not apply and do not supersede bankruptcy schedules. Judge Warren's actions on this are deliberate and damaging to the standards of credibility and confidence the judicial must be held to.

Judge Warren accused me of stalling when I repeatedly asked for a threshold trial to vindicate contempt charges filed against me by opposing counsel **(EX: 21 – pg 31, lines 9-18)**

Judge Warren made repeated statements that could only be interpreted as him ignoring and not reading my motions, pleadings and responses **(EX: 22, pages 9-13)**

Judge Warren made terrorizing and antagonistic statements to me such as "Bring your toothbrush to court next time", repeated multiple times at the close of appearances but edited out of transcripts.

Judge Warren made a statement referring to bodies I had buried and his need to know **(EX: 23 – pg 16 lines 13-17)**

Judge Warren made a statement that can be interpreted as soliciting a bribe **(EX: 24 – page 19, line 28 and continuing to page 20 line 5).**

Judge Warren ordered I sell a business asset proven beyond a reasonable doubt to be a corporate asset **(EX: 25, page 12 lines 26-28)**...well before the corporation was enjoined. This order was to protect attorney James T Neavitt who instructed a 3rd party working on his behalf to enter my property 6/2013 and removed a backhoe tractor belonging to my company and held it for over a year. The backhoe was utilized by someone while in attorney neavitt's possession and sustained significant damages over $16,000 and rendered the unit inoperable. Neither my company nor I owed attorney Neavitt any

1    financial or other due consideration at the time I brought it to Judge Warren's
2    attention. I demanded its return via certified documents sent to attorney
3    Neavitt on behalf of my company. Attorney Neavitt sent me an email
4    suggesting if I deposited $30,000 into a trust account he would then return the
5    backhoe to my company **(EX: 25A)**. To protect attorney Neavitt from felony
6    prosecution for this unethical and illegal theft of property, Judge Warren
7    ordered the tractor sold…well before enjoining my company. Judge Warren
8    used judicial orders solely to conceal attorney Neavitt's conduct and
9    successfully thwart the investigation being conducted by the Los Angeles
10   County Sheriff Dep't.

11   Judge Warren ordered I turn over corporate vehicles to be sold…well before
12   the corporation was enjoined

13   Judge Warren inquired if I had sold my Harley Davidson Motorcycle and had
14   stopped running around with a "group called the Sons of Man Killers"
15   motorcycle gang – a reference to my son's military support motorcycle club
16   that helped move some of my belongings from my home **(EX: 26 – pg 5 lines**
17   **21-23)**. This offensive and HIGHLY prejudicial comment encompassed my
18   ownership of a Harley-Davidson touring motorcycle and my Army Ranger
19   son's affiliation with a veterans support group for combat wounded Army
20   Rangers trying to help each other acclimate back to civilian life through the
21   love and fellowship of motorcycles. The name of the group, "Sons of Man
22   Killers" is a reference to a historic military cadence, and this was explained to
23   Judge Warren when my son, Cody Hukill, PREVIOUSLY testified under oath
24   in Judge Warren's courtroom. I occasionally accompanied this group during
25   military funerals and family escorts.

26   Judge Warren ordered that I enter a drug and alcohol treatment program
27   based on opposing counsel's declarations including pictures of Karen Rohan-
28   Hukill's home bar and opposing counsel's claim it was pictures of my alcohol.
29   Judge Warren refused to take into consideration multiple hair follicle and urine
30   tests for drugs and alcohol that were randomly requested of me by Rohan-
31   Hukill (ongoing compliance of both parties by orders of the court) which all
32   tested negative, or my court ordered therapist's written testimony that she had

1  seen me multiple times over an extended period and did not have reason to
2  suspect a substance abuse issue **(EX: 27)**. All this evidence, including
3  passing the random drug and alcohol screenings, was presented to Judge
4  Warren but was not considered in his orders. A 730 evaluator had been
5  ordered but Rohan-Hukill interfered and corrupted the process, this also was
6  pointed out and ignored by Judge Warren. Judge Warren's orders to enter a
7  treatment program were based solely to justify his pre-trial opinion that I
8  warranted a DVRO.

9  Judge Warren continued throughout court proceedings of SWD1300287 to
10 terrorize me, threaten me, and address me in a hostile, demeaning and
11 aggressive manner. (see transcripts)

12 Judge Warren, during an attorney conference break in day two of the
13 threshold trial, notified both attorneys of his intention to prosecute me for more
14 contempt charges if we did not reach a final settlement that day. More
15 contempt meant more jail for me. Judge Warren's actions forced me to settle
16 by relenting to Karen Rohan Hukill's demands that I pay her $500,000 to buy
17 out "her interest" in my business to avoid further and additional incarceration.

18 **Karen Rohan-Hukill**, per her Bankruptcy Case 6:10-bk-48401-MJ schedules,
19 **ADMITTED SHE DID NOT HAVE CLAIM TO THE HOME, BUSINESS, OR**
20 **ANY OTHER ASSETS OF JASON SCOTT HUKILL.** However, in divorce
21 case SWD1300287, presiding judges James T. Warren and Kenneth Black
22 willfully and without consideration or reasonable explanation ignored Rohan-
23 Hukill's bankruptcy schedules provided by my counsel. Judge Warren instead
24 AWARDED THE ASSETS LISTED IN THESE SCHEDULES AND/OR THE
25 MONETARY VALUE TO ROHAN-HUKILL AND HER ATTORNEY JAMES T.
26 NEAVITT and other court officers.   No review, re-filing or re-stating of assets
27 was ever ordered or performed regarding the Bankruptcy case of Karen
28 Rohan-Hukill over the 4 years of the family law court proceedings held in front
29 of Judge Black and Judge Warren. In fact, the bankruptcy trustee's assigned
30 attorney – Leonard M. Shulman - sent an email to the court of Judge Black
31 stating the case had been investigated and closed as **"no assets"  (EX: 28)**
32 in response to my attorney's inquiry whether the Bankruptcy court had any

1  interest or concern to re-examine Rohan-Hukill's bankruptcy filing and
2  schedules due to her contradictory Family Law testimony regarding asset
3  ownership.

4  Karen D. Rohan-Hukill claimed one set of facts regarding her $2m bankruptcy
5  petition in Riverside, CA  - and prevailed - , then went on to claim a completely
6  opposite set of facts covering the exact same property and items in Family law
7  court under presiding Judge James T. Warren of Hemet, CA Dep't H-2...and
8  prevailed there also. There were no material changes of circumstances
9  between court appearances to justify these opposing and contrary claims, and
10  the attorney for the bankruptcy trustee indicated by email the case was not
11  subject to being opened back up for review. The bankruptcy schedules were
12  REPEATEDLY pointed out to Judge Warren as well as Judge Black, receiver
13  Steven Donnell, attorney James Neavitt, the realtors and also CPA's and the
14  entirety of the court officers involved in this case. Judge Warren
15  acknowledged this in multiple places including **Exhibit #4**, the April 10, 2013
16  initial Family Law appearance and subsequent hearing transcript of Judge
17  Warren's court. Judge Warren did not take it upon himself to inquire of any
18  Federal or other proper authorities requesting a bankruptcy file review. This
19  can only be interpreted as Judge Warren accepting the Bankruptcy Trustee's
20  assertion than Rohan-Hukill's bankruptcy was indeed valid....yet he refused to
21  further hear anything regarding Karen Rohan-Hukill becoming estopped from
22  her criminal behavior.  Judge Warren ignored multiple requests to consider
23  Rohan-Hukill's bankruptcy schedules, and instead proceeded as though they
24  did not exist. Judge Warren and Judge Black's actions in refusing to consider
25  Rohan-Hukill's bankruptcy schedules not only obstructed justice, but Judge
26  Warren's and Judge Black's orders were made in collusion with other court
27  officers to deny me my property, physical and social freedom, my rights and
28  civil liberties. Karen Rohan-Hukill was allowed to claim opposite facts to
29  different courts and prevail in both court cases. Judge Warren's and Judge
30  Black's collusion ultimately caused me to be incarcerated due to Karen
31  Rohan-Hukill and the court officers felonious actions and subsequent orders
32  by Judge Warren and Judge Black made as a result of knowingly accepting
33  the court officers perjured filings and testimony. Furthermore, a receiver was
34  placed in my corporation that caused my corporation to become insolvent due
35  to his excessive billing practices and his restrictive rules of receivership. When

1    I attempted to calendar the threshold trial (previously granted me by Judge
2    Black) to be heard on the matter of property and ownership, Judge Warren
3    accused me of being litigious and of stalling, and ordered opposing counsel to
4    find a way to estoppel me from having the threshold hearing that I had
5    **already** been granted. This included Judge Warren dispensing legal advice
6    from the bench to opposing counsel (despite not having a current bar license).
7    Judge Warren  encouraged Rohan-Hukill to use her 25+ years of family law
8    paralegal  experience to make a felonious mockery of the judicial system by
9    claiming opposite circumstances covering the same issues to multiple
10   courtrooms.....without any material changes of circumstances....and
11   prevailing in all courts. Judge Warren and Judge Black aided and abetted
12   Rohan-Hukill and her attorney James T Neavitt including dispensing legal
13   advice to them from the bench, and issuance of bench orders transferring my
14   income, property and assets to Rohan-Hukill without the benefit of a timely
15   threshold trial or even so much as consideration of evidence filed in Rohan-
16   Hukill's bankruptcy schedules and / or her San Benito family law court
17   testimony. Judge Warren and Judge Black intentionally and willingly assisted
18   Attorney James T. Neavitt, Attorney Chandra Moss, Attorney Sherrie
19   Davidson, Receiver Steven Donnell,  paralegal Karen D. Rohan-Hukill,
20   Realtors Terry Brock and Broker Kuba Jewgieniew of Realty One-Corona, CA,
21   CPA's David Blumenthal and Jack Zuckerman, and additional attorneys and
22   court officers and doe's 1-100 to enrich themselves by supporting the
23   continued felonious conduct of Karen Rohan-Hukill, her attorney James T
24   Neavitt, receiver Steven Donnell, and all the court officers at my expense.
25   Clearly stated in exhibit 4, not only did Judge Warren NOT afford me the
26   judicial protocol and asset protection required by judicial rules and canons, he
27   stated on transcript that I might have been a co-conspirator in a possible
28   fraudulent bankruptcy petition by Karen Rohan-Hukill - a charge that was
29   NEVER made by opposing counsel, the BK Trustee or the law firm hired by
30   Rohan-Hukill's BK Trustee to thoroughly investigate my separate assets.
31   Furthermore, the bankruptcy trustee and their court counsel have NEVER
32   implicated or investigated Karen Rohan-Hukill for a possible bankruptcy fraud.
33   In fact, an email was sent by BK trustee's counsel to family law court officers
34   while the divorce action was working its way through the court system
35   reiterating Rohan-Hukill's bankruptcy case had no assets and was closed.
36   Judge Warren took it upon himself to make this accusation against me, there

1   is no other record of such a charge in declarations, pleadings, oral testimony
2   or written communications or anywhere that I may have participated in a
3   bankruptcy fraud. This is another example of Judge Warren's prejudice
4   against me and irrefutable proof that he was incapable of conducting himself
5   as an unbiased, fair and neutral judge in my case. Judge Warren completely
6   dismissed Karen Rohan-Hukill's sworn BK schedules and testimony without
7   proper consideration, and he usurped the schedules and rulings of the
8   Federal Bankruptcy Court. Judge Warren instead made findings and orders in
9   complete opposition and contrary to those of the Bankruptcy Court per the BK
10  schedules filed under penalty of perjury, and made these orders in their
11  entirety favorable to Karen Rohan-Hukill, James Neavitt and Steven Donnell.
12  This action allowed James T Neavitt, as Karen Rohan-Hukill's attorney, to
13  continue to partake in and expand on his and Karen Rohan-Hukill's felonious
14  conduct of perjured documents, declarations, testimony and evidence, and
15  allowed attorney Neavitt to operate under the protection of Judge James T
16  Warren to coordinate with other judicial officers unchecked in their deliverance
17  to the court of false documentation, information and perjured testimony.

18  Judge Warren continued to - intentionally and with malice - unethically
19  execute his judicial duties by refusing to acknowledge he had already taken
20  Judicial Notice of a previous family law action in San Benito county involving
21  Karen Rohan-Hukill ref Case #22216 whereby Karen Rohan-Hukill and TWO
22  Certified Family Law attorneys declare under penalty of perjury – with points
23  and authorities – that she is not and has not been married to Jason Scott
24  Hukill (me). Judge Warren's refusal to allow the San Benito court certified
25  case documents to be entered as evidence in a threshold trial shows a
26  continued pattern of bias against me exhibited by Judge Warren throughout
27  the 4 years of this case. Karen Rohan-Hukill claimed and prevailed in a San
28  Benito court of law on case #22216 that she was not married to me. This
29  meets the burden of proof to be considered a threshold issue AND that by
30  following established rules of the court Rohan-Hukill should be estopped from
31  now claiming a marriage to me before Judge Warren when she testified under
32  penalty of perjury to a previous court she was in fact not legally married to me.
33  No change of marital circumstances transpired between court appearances.
34  Judge Warren refused to allow the court certified San Benito case documents
35  and testimony into the threshold evidentiary pre-trial hearing, or even to

1   consider that he had already taken judicial notice of the San Benito case
2   documents as evidence before making financial rulings against me. Judge
3   Warren's actions disregard *Judge Black's warning that Karen Rohan-Hukill's*
4   *Federal Bankruptcy Court testimony and San Benito Family Law court*
5   *testimony was "not insignificant, and warrants a threshold hearing"*…which
6   Judge Black granted me but stated it needed to be held in Judge Warren's
7   court. Judge Warren did not want this evidence admitted into the threshold
8   hearing, he argued vehemently and became quite upset and hostile toward
9   my attorney in denying that he had already taken judicial notice of the San
10  Benito case file. This conduct by Judge Warren is understandable; for Judge
11  Warren to allow this into evidence would prove he had and continues to
12  violate his judicial canons, state and Federal rules of the court, and my civil
13  rights. Judge Warren was aware the San Benito case evidence and the
14  Bankruptcy schedules would point out he had made several critical judicial
15  orders favoring the proven perjured testimony of Rohan-Hukill and her
16  attorney James Neavitt and the court officers and experts. Judge Warren
17  became solely focused on protecting himself from glaring judicial bias and
18  rulings he made against me that may come to the attention of the Appellate
19  Court. Judge Warren went into an aggressive self-preservation mode – a
20  Circle the Wagons mentality. The court certified San Benito case file with
21  declarations from 15+ year Family Law paralegal Karen Rohan-Hukill and 2
22  Certified Family Law Attorneys – all declaring under penalty of perjury and
23  with Points and Authorities to support their position that Karen Rohan-Hukill
24  and Jason Scott Hukill were never legally married - was not allowed into trial
25  evidence by Judge Warren causing me to not receive a fair trial. By not
26  allowing this evidence, evidence he already had taken judicial notice of, Judge
27  Warren was insuring the Appellate Court could not have the benefit of
28  reviewing this evidence and concluding that Judge Warren ignored his judicial
29  Canons and rules of the court and was viewing and managing this case from
30  a biased personal level.

31  To further ensure I would have nothing left financially to fund Appellate
32  reconsideration, Judge Warren issued an order directing me to pay Karen
33  Rohan-Hukill an ADDITIONAL $275,000 for attorney fees, stating on the
34  record that his 12/22/2016 order was "not only necessary but reasonable
35  under the circumstances of the case". This brought the total of attorney fees

1  awarded to Karen Rohan-Hukill to over $450,000. The $275,000 order Judge
2  Warren imposed on me after settlement was highly unethical and was derived
3  from collusion between Judge Warren and attorney Neavitt as follows; CPA
4  Jack Zuckerman stated that Karen Rohan-Hukill's ownership of my company
5  (Hammerco) was worth $450,000, but the settlement agreement I was forced
6  into agreeing to under threat of further incarceration called for me to pay
7  Karen Rohan-Hukill $500,000 to buy out "her one half interest" in my
8  business. Judge Warren had already taken my separate property home from
9  me and awarded the home sale equity of $180,000 to Karen Roan-Hukill as
10  her separate property. I had already paid court ordered attorney fees to
11  opposing counsel Neavitt in the amount of approximately $175,000 over the
12  duration of the case thus far. Judge Warren then tacked on another $275,000.
13  The combined settlement award to Karen Rohan-Hukill amounted to
14  $1.1million plus another $200,000 of business assets Judge Warren did not
15  order her to return despite repeated requests. Rohan-Hukill's CPA Zuckerman
16  estimated the "community" property was valued at approximately $1.1 million.
17  Judge Warren willfully and intentionally awarded Karen Rohan-Hukill over
18  100% of the alleged community property equity and left me with nothing but
19  debt. Again, per judicial estoppel there could be no community property. It
20  was only by Judge Warren's judicial malfeasance that this case was allowed
21  to continue for the prolonged duration it did, and that Karen Rohan-Hukill was
22  ultimately awarded assets and cash equivalent of property she was legally
23  estopped from having a claim to. I was maliciously punished financially by
24  Judge Warren for legally protecting and fighting for my property, assets and
25  freedom as allowed under the Constitution of The United States.

26  Furthermore, court transcripts have been intentionally edited. Court
27  Transcripts of multiple hearings held in Judge Warren's courtroom show
28  incomplete transcript records. Critical biased statements made by Judge
29  Warren were deleted from the official transcript records. Courtroom observers
30  recorded multiple instances of on-the-record derogatory statements made by
31  Judge Warren to me and my counsel that were not recorded in transcript.

32  The enclosed list of officers of the court had first person - sworn testimony
33  and/or documents in hand proof that Karen D. Rohan-Hukill perpetrated

1  multiple fraudulent acts upon Family Law Court in Hemet, CA. The individuals
2  listed and doe's 1-100, in their capacities acting as court officers for and by
3  Judge James T Warren, breached their fiduciary responsibility to take judicial
4  notice of, consider, investigate, or report Rohan-Hukill's criminal activities for
5  investigation to the proper authorities. Specifically, Karen Rohan-Hukill
6  testified to the San Benito CA Family law court she was never married to me
7  (and prevailed) in order to retain a previous spousal support order, then
8  testified to Hemet Family law court Judge James T Warren that she was
9  legally married to me. Additionally, she testified to the Federal Bankruptcy
10  Court and via bankruptcy schedules that she had no assets, no real estate
11  interest, and no business ownership interests including stocks and
12  partnerships in any corporations, LLC's or dba's, but testified in Judge
13  Warren's Family Law court and in Judge Black's court that she is a 50%
14  owner of my separate property business and my separate real estate. In
15  response, I  personally hand delivered, emailed, testified and/or hard copy
16  mailed proof to Judge Warren, Judge Black and every court officer on the
17  enclosed list that Karen Rohan-Hukill perpetrated  Family Law Fraud upon the
18  court, and that she provided false evidence and declarations to the courts and
19  all the listed Officers of the Court. Rohan-Hukill further committed and
20  **admitted to multiple counts of perjury to Judge James T Warren during**
21  **live testimony**...all of which was ignored by the Judge and appointed / hired
22  experts who chose to look the other way for personal gain. This was a
23  coordinated effort by presiding Judge James T Warren and his officers to
24  cover up and protect Karen Rohan-Hukill - an officer of the court as identified
25  by Judge Warren - from being investigated and/or charged with multiple
26  counts of contempt of court in Family Law. Judge Warren, acting outside the
27  scope of his authority and duties, aided and abetted Karen Rohan-Hukill and
28  her attorney and experts to perpetrate a fraud upon the court that justifies
29  RICO prosecution. The court - Judges James T Warren and Kenneth Black -
30  working with Attorney James T Neavitt, Receiver Steven Donnell and all the
31  court officers, orchestrated and collaborated solely for financial gain. Judge
32  Black went so far as to order me to sign a document that could have made me
33  a co-conspirator to a potential Karen Rohan-Hukill BK fraud as suggested by
34  Judge Warren on 4/10/2013. When I refused due to Judge Warren's
35  statement, Judges Black and Warren coordinated to take my separate real
36  estate away from me via quit claim deed, the court itself signed a quit claim

1  and transferring my real estate and **all its equity** over to Karen Rohan-Hukill
2  as her separate property. This was done by Judge Black and Judge Warren in
3  collusion with Rohan-Hukill and attorney Neavitt to protect and negate real
4  estate fraud charges against Rohan-Hukill. Judge Warren allowed the post-
5  sale equity of the home to go directly to Rohan-Hukill with no accounting of
6  funds order from the bench despite orders from Judge Black that the funds be
7  held in trust. This is the same property she filed under penalty of perjury on
8  Bankruptcy court schedules she had no interest in.  Judge Warren ordered me
9  jailed for "Civil Disobedience" for my refusal to sign a quick claim deed and
10  thereby expose myself to becoming a co-conspirator of a potential fraudulent
11  BK filing (Judge Warren's implications, not mine), plus my filing of a Lis
12  pendens to stop the sale of my separate property home pending a threshold
13  trial already granted by Judge Black, and my inability to pay additional
14  attorney fee orders (until pending escrow closed) to attorney James Neavitt
15  who was also orchestrating the fraud and criminal behavior. I removed the Lis
16  pendens to allow the sale to go through in an attempt to avoid incarceration.
17  Despite this, Judge Warren still proceeded with his order to incarcerate me
18  although he was fully aware the close of escrow on the home with over $180k
19  gross equity would fund within 72 hours and cure the contempt. Judge Warren
20  then allowed 100% of the home sale equity from escrow to deposit directly to
21  the bank account of Rohan-Hukill by not making any disbursement orders of
22  his own, yet ignoring Judge Black's orders that the equity be held in trust until
23  further order of the court or agreement of the parties.  Again, Judge Warren
24  willfully and intentionally refused to stay a contempt jail sentence executed 72
25  hours BEFORE THE CLOSE OF ESCROW – an escrow containing enough
26  money to pay court ordered attorney fees to James Neavitt that I had no
27  previous ability to pay, and that would have resolved the contempt of court.
28  Judge Warren was acting with a personal bias toward me that included his
29  desire to incarcerate me, as can be seen in court behavior and read
30  throughout transcript exhibits, and acting to enrich the court officers at my
31  expense. Judge Warren upheld Judge Black's orders when it directly
32  benefitted the petitioner, but encouraged petitioner and her attorney to find
33  ways to estop my motions granted by Judge Black when it was contrary to
34  petitioner's interests….this included dispensing legal advice to petitioner
35  Rohan-Hukill and her attorney from the bench. When Judge Warren was
36  confronted with the evidence regarding perjury by Rohan-Hukill and her

attorney and why a threshold hearing was absolutely necessary before any
other proceedings, Judge Warren stated "as Karen Rohan-Hukill is a long
standing family law paralegal, she is an officer of the court thereby she knows
she has an obligation to tell the truth"...and then all of the evidence and her
testimony proving fraud upon the courts was simply dismissed as not relevant
by him. Judge Warren's statements, along with all the enclosed exhibits,
prove beyond a reasonable doubt that Judge Warren's actions in handling my
case were contrary to fair and impartial judgments he is required by judicial
canons to dispense. Instead, he assisted Rohan-Hukill, her attorney James
Neavitt, receiver Steven Donnell, and all the court officers to ensure they
prevailed at my expense...including manipulating pre-trial exhibits and
ultimately orchestrating a significant transfer of cash and asset wealth from
me to themselves, and the loss of my constitutionally guaranteed property and
freedom...qualifying the behavior for RICO prosecution. My case
(SWD1300287) was finally fraudulently settled via my being ordered /required
to pay Karen Rohan-Hukill $500,000 to "buy out her ownership interest in my
business". This settlement was not voluntary as I was being threatened with
more contempt and jail time if I did not agree to the proposed settlement.
Judge Warren then took the opportunity to purposefully and willfully punish me
financially an additional  time by ordering me to pay Karen Rohan-Hukill for
additional attorney fees ...on a case where she acted as her own paralegal...
an **extra** $275,000 "for me being litigious". This COMPLETELY contradicts
Judge Warren's own multiple complaints on transcript  4/10/13 where he
admonishes her for burying the court in paperwork...although this
admonishment did not stop her litigious conduct. **Judge Warren's order
brought just the attorney fee award I paid to Karen Rohan-Hukill's
attorney James Neavitt to over $450,000**.....*on a divorce action with virtually
no community property per the closed Bankruptcy filing and schedules
submitted under penalty of perjury.*

Judge James T Warren stated on an edited transcript that Karen Rohan-Hukill
is a long standing officer of the court (25+ years), so this judicial criminal
enterprise / travesty cannot be interpreted any other way except the court was
extremely biased in its fierce protection of Karen Rohan-Hukill solely for the
financial gain of Rohan-Hukill and the court officers.  This includes
incarcerating me to allow Rohan-Hukill to close the sale of my home and

1  relocate to Arizona with our minor daughter a mere 72 hours after I was
2  placed into custody. In Family Law Court my civil rights including parts of the
3  2nd, 4th, 5th and 14th amendments (among others) were violated. This is the
4  court system I and the public are supposed to rely on for fair and balanced
5  judgments by non-biased officers and judges of the court, yet every individual
6  on the list significantly benefitted financially by the fraudulent actions of Karen
7  Rohan-Hukill, Judges Kenneth Black and James T Warren, Receiver Steven
8  Donnell, and attorney James T Neavitt. Judge Warren, acting outside the
9  scope of his authority and duties, aided and abetted Karen Rohan-Hukill and
10 her attorney and experts to perpetrate a fraud upon the court that justifies
11 RICO prosecution. Judge Warren allowed his court officers and attorneys to
12 profit by and through malfeasance, not one court officer listed made any
13 attempt to disclose potential fraud in court or to report Rohan-Hukill's fraud to
14 the proper authorities.

15 A review of the transcripts in case # SWD1300287 clearly shows the prejudice
16 Judge Warren had for me throughout, including his statements proving he pre-
17 judged against me throughout the 4 years of appearances, yet he states in his
18 response to a 170,1 recusal motion that **"at no time have I pre-judged the**
19 **issues in this case"** according to Judge R. Glenn Yabuno who was assigned
20 to the disqualification motion. The evidence shows **Judge Warren himself**
21 **committed significant perjury by making this statement on record to Hon**
22 **Judge R. Glenn Yabuno.** Judge Warren defended his conduct by wrongly
23 claiming neutrality and refused to self-recuse as per civil code 170.1 and
24 Canon 3B, subdivision (4) – (5) – (7) requiring such action if a disinterested 3rd
25 party can perceive an obvious bias. The transcripts of SWD1300287
26 repeatedly speak for themselves on this issue, overwhelmingly proving
27 beyond reasonable doubt Judge Warren's conduct is unprofessional,
28 atrocious, spiteful, bias, AND CRIMINAL, rendering fair and impartial
29 decisions impossible for me to receive – as I am entitled by law and judicial
30 canons in Judge Warren's and ALL courtrooms. As a result of Judge Warren's
31 bench conduct, I have been financially injured, terrorized, incarcerated,
32 humiliated, endured extreme bias, and continue to suffer from the loss of
33 custody of our minor daughter, and suffer multiple health issues, solely so
34 Judge Warren could enrich the court officers at my expense.

31

1    **Judicial Canons Violated by Judge Warren :**

2                                    CANON 3

3    A JUDGE SHALL PERFORM THE DUTIES OF JUDICIAL OFFICE 3
4            IMPARTIALLY,* COMPETENTLY, AND DILIGENTLY

5                          A. Judicial Duties in General
6    All of the judicial duties prescribed by law* shall take precedence over
7    all other activities of every judge.  In the performance of these duties,
8    the following standards apply.
9    B. Adjudicative Responsibilities
10    (1) A judge shall hear and decide all matters assigned to the judge
11    except those in which he or she is disqualified.
12
13    Canon 3B(1) is based upon the affirmative obligation contained in Code
14    of Civil 17 Procedure section 170.
15    (2) A judge shall be faithful to the law* regardless of partisan interests,
16    public clamor, or fear of criticism, and shall maintain professional
17    competence in the law.*
18
19    (3) A judge shall require* order and decorum in proceedings before the
20    judge.
21
22    (4) A judge shall be patient, dignified, and courteous to litigants, jurors,
23    witnesses, lawyers, and others with whom the judge deals in an official
24    capacity, and shall require* similar conduct of lawyers and of all staff
25    and court personnel under the judge's direction and control.
26
27    (5) A judge shall perform judicial duties without bias or prejudice.  A
28    judge shall not, in the performance of judicial duties, engage in speech,
29    gestures, or other conduct that would reasonably be perceived as (a)
30    bias or prejudice, including but not limited to bias or prejudice based
31    upon race, sex, gender, religion, national origin, ethnicity, disability, age,

sexual orientation, marital status, socioeconomic status, or political affiliation, or (b) sexual harassment

(6) A judge shall require* lawyers in proceedings before the judge to refrain from manifesting, by words or conduct, bias or prejudice based upon race, sex, gender, religion, national origin, ethnicity, disability, age, sexual orientation, marital status, socioeconomic status, or political affiliation against parties, witnesses, counsel, or others.  This canon does not preclude legitimate advocacy when race, sex, gender, religion, national origin, ethnicity, disability, age, sexual orientation, marital status, socioeconomic status, political affiliation, or other similar factors are issues in the proceeding.

(7) A judge shall accord to every person who has a legal interest in a proceeding, or that person's lawyer, the full right to be heard according to law.*  Unless otherwise authorized by law,* a judge shall not independently investigate facts in a proceeding and shall consider only the evidence presented or facts that may be properly judicially noticed.  This prohibition extends to information available in all media, including electronic.  A judge shall not initiate, permit, or consider ex parte communications, that is, any communications to or from the judge outside the presence of the parties concerning a pending* or impending* proceeding, and shall make reasonable efforts to avoid such communications, with certain exceptions

(8) A judge shall dispose of all judicial matters fairly, promptly, and efficiently.  A judge shall manage the courtroom in a manner that provides all litigants the opportunity to have their matters fairly adjudicated in accordance with the law.*

(9) A judge shall not make any public comment about a pending* or impending* proceeding in any court, and shall not make any nonpublic comment that might substantially interfere with a fair trial or hearing.  The judge shall require* similar abstention on the part of staff and court personnel subject to the judge's direction and control.  This canon does not prohibit judges from making statements in the course of their official

duties or from explaining the procedures of the court, and does not apply to proceedings in which the judge is a litigant in a personal capacity.  Other than cases in which the judge has personally participated, this canon does not prohibit judges from discussing, in legal education programs and materials, cases and issues pending in appellate courts.  This educational exemption does not apply to cases over which the judge has presided or to comments or discussions that might interfere with a fair hearing of the case.

## B. Administrative Responsibilities

(1) A judge shall diligently discharge the judge's administrative responsibilities impartially,* on the basis of merit, without bias or prejudice, free of conflict of interest, and in a manner that promotes public confidence in the integrity* of the judiciary.  A judge shall not, in the performance of administrative duties, engage in speech, gestures, or other conduct that would reasonably be perceived as (a) bias or prejudice, including but not limited to bias or prejudice based upon race, sex, gender, religion, national origin, ethnicity, disability, age, sexual orientation, marital status, socioeconomic status, or political affiliation, or (b) sexual harassment.

(2) A judge shall maintain professional competence in judicial administration, and shall cooperate with other judges and court officials in the administration of court business.

(3) A judge shall require* staff and court personnel under the judge's direction and control to observe appropriate standards of conduct and to refrain from manifesting bias or prejudice based upon race, sex, gender, religion, national origin, ethnicity, disability, age, sexual orientation, marital status, socioeconomic status, or political affiliation in the performance of their official duties.

(4) A judge shall not make unnecessary court appointments.  A judge shall exercise the power of appointment impartially,* on the basis of merit, without bias or prejudice, free of conflict of interest, and in

34

a manner that promotes public confidence in the integrity* of the
judiciary.  A judge shall avoid nepotism and favoritism.  A judge
shall not approve compensation of appointees above the
reasonable value of services rendered

**C. Disciplinary Responsibilities**
(2) Whenever a judge has personal knowledge,* or concludes in a
judicial decision, that a lawyer has committed misconduct or has
violated any provision of the Rules of Professional Conduct, the judge
shall take appropriate corrective action, which may include reporting the
violation to the appropriate authority.

(5) A judge shall not retaliate, directly or indirectly, against a person
known* or suspected to have assisted or cooperated with an
investigation of a judge or a lawyer.

**D. Disqualification and Disclosure**
(1) A judge shall disqualify himself or herself in any proceeding in which
disqualification is required by law.*

///////////////////

1   **The coordinated racketeering conduct displayed by Judge Warren, the**
2   **Judicial, officers and experts, and doe's 1-100 qualifies for prosecution**
3   **under the Federal RICO statute.** Additionally, each court officer intentionally
4   and willfully failed in their obligation to report a felony per **18 U.S. Code 4**. I
5   pray for a complete investigation and prosecution as allowed by law for Judge
6   Warren, Judge Kenneth Black, attorney James T Neavitt, , Attorney Chandra
7   Moss, Attorney Sherrie Davidson, Receiver Steven Donnell,  paralegal Karen
8   D. Rohan-Hukill,  Realtors Terry Brock and Broker Kuba Jewgieniew of Realty
9   One-Corona, CA, CPA's David Blumenthal and Jack Zuckerman, and
10  additional attorneys and court officers and doe's 1-100 for their coordinated
11  criminal behavior in obstructing justice. I pray for restitution for my unlawfully
12  seized assets and for my time of incarceration as allowed under the RICO
13  statute. Judge Warren violated judicial Canons and conducted his courtroom
14  displaying bias, collusion, abuse of litigants and corruption. All of Judge
15  Warren's orders in this case are void and I pray for them to be nullified.
16  Corrupt Judges are not insulated from prosecution for criminal behavior and
17  cannot be allowed to continue to be exposed to the public in a judicial
18  capacity.

19  I declare under penalty of perjury that the foregoing is true and correct under
20  the laws of the State of California.

21  Dated:    _12/1/17_

22  .

                                                J. Scott Hukill

23  /////////

24

25

26

27

28

29

30

31

36

**LIST OF OFFICERS OF THE COURT THAT HAD FIRST PERSON KNOWLEDGE AND EVIDENCE OF FRAUD UPON THE COURT PERPETRATED BY KAREN D. ROHAN-HUKILL AND JAMES T NEAVITT, BUT FAILED TO REPORT THIS TO THE COURT OR OTHER JUDICIAL OFFICER OF AUTHORITY PER PROFESSIONAL CONDUCT CODES :**

Judge James T Warren - Presiding Judge Dept H-2 Hemet CA (on temp assignment... **for 6 years**)          SBN 41170  (inactive)

Judge Kenneth Black  - Ret Judge / Mediator SBN 60593  acting in conjunction with Private Dispute Resolution of Newport Beach

James T Neavitt - Atty CFLS Santa Clarita CA since 1977    SBN 74829

Michael Kelley - Atty CFLS Santa Monica CA since 1969  Kelley and Associates, Kelley, Carney and
Fernandez LLC    SBN 93146

Chandra Moss - Atty CFLS Corona CA since 1991 Holstrum Sissing and Block LLC    SBN 154089

Sherrie Davidson - Atty at  Law Offices of Sherrie L Davidson, Inc    SBN 254328

Steven Donnell - CPM, CCIM, ARM, BRE #1295754 Owner of FedReceiver, Inc, Court Appointed Receiver, Court Appointed Referee

David Blumenthal - CPA, ABV, CFF at Gursey Schneider LLP

Jack Zuckerman - CPA & Senior Partner of White, Zuckerman, Warsavsky, Luna and Hunt, LLP. Providing Expert testimony in litigation since 1980

Terry Brock - Realtor and Broker in Corona CA DRE #01777141  Realty One Corona CA

1    Kuba Jewgieniew – Realtor Broker CA DRE Broker #01878341 Realty One –
2    Las Vegas, NV
3
4    Karen D. Rohan-Hukill  Senior Family Law Litigation Paralegal for attorneys
5    James T Neavitt and Michael Kelley for over 25 years, owner of Parental
6    Dynamics monitor visitation providers of CA and AZ since 2009
7
8    Doe's 1-100
9
10   *////////*
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36

## **List of Exhibits:**

Exhibit 1 – Karen Rohan-Martin San Benito, CA Divorce Action 9/15/1997 Case #22216

Exhibit 2 – Declaration of Rohan-Martin denying valid marriage to Jason Scott Hukill

Exhibit 2A – Declaration of CFLA Michael Kelley

Exhibit 2B – Declaration of CFLA William Strachan

Exhibit 3 – Email of BK Trustee Attorney Leonard Schulman with corroborating Bankruptcy Schedule

Exhibit 4 – Karen Rohan-Martin filing divorce from Jason Scott Hukill

Exhibit 4A – Karen D. Hukill Declaration

Exhibit 4B – Court Transcript Excerpt of Judge Warren

Exhibit 4C – Karen D. Rohan Bankruptcy Schedules

Exhibit 5 – U.S. Supreme Court Ruling

Exhibit 6 – Collateral Estoppel

Exhibit 7 – RICO Statute

Exhibit 8 – Court Transcript Excerpt of Judge Warren

Exhibit 9 – Judge Warren Court Order

Exhibit 9A – 170.1 Motion to Recuse Judge Warren

Exhibit 10 – Threshold Hearing Orders from Transcript

Exhibit 11 – Email from Karen Rohan

Exhibit 12 – Court Transcript Excerpt of Judge Warren

Exhibit 12A – Court Transcript Excerpt of Judge Warren

Exhibit 12B – Court Transcript Excerpt of Judge Black

Exhibit 12C – Declaration of Karen Rohan

Exhibit 12D – Declaration of attorney James T Neavitt

Exhibit 13 – Court Transcript of Judge Warren

Exhibit 13A – Court Transcript of attorney Brent Grider and Judge Warren

Exhibit 13B – Court Transcript Excerpt of Judge Warren

Exhibit 13C – Court Transcript Excerpt of attorney Brent Grider

Exhibit 13D – Court Transcript Excerpt from attorney Brent Grider

Exhibit 13E – Email to the court from Jason Scott Hukill

Exhibit 13F – Email from Karen Rohan using community email address

Exhibit 14 – Court order and attached Quit Claim Deed

Exhibit 14A – Record of RFO Stay Sale of Home

Exhibit 15 – Court Transcript Excerpt of Judge Warren

Exhibit 15A – Court Record of Case Document Filings

Exhibit 15B – Court Transcript Dated 9/1/2015

Exhibit 16 – 170.1 Motion

Exhibit 16A – Attorney Neavitt prepared OAH vs Court Transcript

Exhibit 16B – 3/22/2016 Transcript and disputed facts / testimony

Exhibit 17 – Court Transcript Excerpt of Judge Warren

Exhibit 17A – Primary Care letter

Exhibit 18 – Court Transcript Excerpt 5/22/2015 of Judge Warren Order

Exhibit 18A – Court Transcript Excerpt of Judge Warren

Exhibit 18B - Court Transcript Excerpt of Judge Warren

Exhibit 19 - Court Transcript Excerpt of Judge Warren

Exhibit 19A – Judicial Notice Filing

Exhibit 19B - Court Transcript Excerpt of Judge Warren

Exhibit 20 - Court Transcript Excerpt of Judge Warren

Exhibit 20A - Court Transcript Excerpt of Judge Warren

Exhibit 20B - Court Transcript Excerpt of Judge Warren

Exhibit 21 - Court Transcript Excerpt of Judge Warren

Exhibit 22 - Court Transcript Excerpt of Judge Warren

Exhibit 23 - Court Transcript Excerpt of Judge Warren

Exhibit 24 - Court Transcript Excerpt of Judge Warren

1    Exhibit 25 - Court Transcript Excerpt of Judge Warren

2

3    Exhibit 25A – attorney James T Neavitt email

4

5    Exhibit 26 - Court Transcript Excerpt of Judge Warren

6

7    Exhibit 27 – Letter of Elaine Harris MS

8

9    Exhibit 28 – Letter of Bankruptcy Attorney Leonard Schulman

10

11    Exhibit 29 – Court Officers obligation to Report a Felony

12

13    ///////////////////////

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29

30

31

32

33

34

35

36

1